924 A.2d 1191

IN THE MATTER OF MICHAEL S. KIMM, AN ATTORNEY
AT LAW (ATTORNEY NO. 053881991).

June 21, 2007.

ORDER

The Disciplinary Review Board having filed with the Court its decision in DRB 06–333, concluding that **MICHAEL S. KIMM** of **HACKENSACK,** who was admitted to the bar of this State in 1991, should be censured for violating *RPC* 3.1(bringing a proceeding knowing or reasonably believing that it is frivolous), *RPC* 8.4(d)(conduct prejudicial to the administration of justice), and good cause appearing;

It is ORDERED that **MICHAEL S. KIMM** is hereby censured; and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State; and it is further

ORDERED that respondent reimburse the Disciplinary Oversight Committee for appropriate administrative costs and actual expenses incurred in the prosecution of this matter, as provided in *Rule* 1:20–17.